UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL ACTION NO. 2:14-00052

ROBERT LAMAR BATES-PORTER

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On June 24, 2020, the United States of America appeared by Joshua C. Hanks, Assistant United States Attorney, and the defendant, Robert Lamar Bates-Porter, appeared in person and by his counsel, Natalie R. Atkinson, for a hearing on the petition seeking revocation of supervised release and amendment thereto submitted by United States Probation Officer Mark Ruscello.  The defendant commenced a 5-year term of supervised release in this action on June 22, 2018, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on September 15, 2014.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of his supervised release by committing a violation of federal and state law in that he stands convicted in this court on this date of a violation of 21 U.S.C. § 841(a)(1) for possession with intent to distribute 400 grams or more of a substance containing fentanyl while in Parkersburg, West Virginia, on September 13, 2020; all as admitted by the defendant on the record of the hearing and as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violation warrants revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violation if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

It is further ORDERED that the sentencing in this matter be, and hereby is, scheduled for 1:30 p.m. on September 23, 2020.

2

The defendant was remanded to the custody of the United States Marshal pending sentencing.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:  June 26, 2020

John T. Copenhaver, Jr.
Senior United States District Judge